```
                IN THE UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF GEORGIA
                        COLUMBUS DIVISION
```

MELVIN LEE JOHNSON,                *

       Petitioner,               *

vs.                                *

                                CASE NO. 4:12-CV-199 (CDL)

Warden GLEN JOHNSON,                *

       Respondent.               *

### ORDER ON REPORT AND RECOMMENDATION
### OF UNITED STATES MAGISTRATE JUDGE

This matter is before the Court pursuant to a Report and Recommendation by the United States Magistrate Judge entered on March 14, 2013. Neither party has filed an objection to this Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Recommendation of the Magistrate Judge and makes it the order of this Court.

The Court also adopts the Magistrate Judge's recommendation that a Certificate of Appealability should be denied.

IT IS SO ORDERED, this 31st day of May, 2013.

                                            s/Clay D. Land
                                            CLAY D. LAND
                                            UNITED STATES DISTRICT JUDGE